THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMZIA GOLDEN, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUS KOTTEAKOS, Appellant.— Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK RICHMOND, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS VALLE, Defendant. ELVIN N. EDWARDS, as Counsel for Defendant, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

MABEL SCHOENGOLD, Respondent, v. MAC BIER, Individually and as Trustee under an Agreement Dated June 26, 1942, Appellant.—

No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.